**Order entered March 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00535-CR

**MICHAEL ELIZONDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F09-57791-J**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**, and the time is extended until April 14, 2015.

/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE